1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Nora Gonzalez Escobedo

7
8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 | NORA GONZALEZ ESCOBEDO,          )   Case No.: CV 12-4083 MAN
                                     )
12 |                                 )   ~~/PROPOSED/~~ ORDER OF
             Plaintiff,              )   DISMISSAL
13 |                                 )
         vs.                         )
14 | MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
15 |                                 )
                                     )
16 |         Defendant.               )
                                     )
17

18      Pursuant to the parties' Stipulation for Dismissal, the above captioned matter
19 is dismissed with prejudice, each party to bear its own fees, costs, and expenses.
20 IT IS SO ORDERED.
21 DATE:  November 20, 2012         *Margaret A. Nagle*
                                    _____
22                                  MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE
23
24
25                     _____
26

-1-